UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Brian Czonyj_

Fill in above the full name of each plaintiff or petitioner.

Case No. _____ CV _____

-against-

_Andrew Henderson_
_Jian Ting_
_University of Pittsburgh_

Fill in above the full name of each defendant or respondent.

RECEIVED NOV 28 2022 PRO SE OFFICE

## DECLARATION

_Sealed filing — very disturbing and health records_

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, _Brian Czonyj_ , declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

_Filing contains protective anomalies, spiritual anomalies, description of spiritually corrupt activity, suspected test of God enslaved sin, medical records. It is very disturbing. Describes overkill torture._

Rev. 6/30/16

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Attach additional pages and documents if necessary.

_____            _____
Executed on (date)                   Signature

_____            _____
Name                                 Prison Identification # (if incarcerated)

_____            _____
Address                 City              State        Zip Code

_____            _____
Telephone Number (if available)      E-mail Address (if available)