UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN C. CZORNYJ,<br><br>                      Plaintiff,<br><br>       -against-<br><br>BRIAN HENDERSON, ET AL.,<br><br>                      Defendants. | 22-CV-10069 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 13, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 13, 2023
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                         Chief United States District Judge